413 A.2d 1134

Commonwealth v. Walker, Appellant.

Submitted September 15, 1978. Vincent A. Courchara, for appellant; Eric J. Cox, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

The order of the lower court is hereby affirmed.

413 A.2d 1134

Commonwealth v. Wilkerson, Appellant.

Submitted September 15, 1978. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence of the lower court is hereby affirmed.